IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:00-CR-19-BO
No. <u>5:12-CV-319-BO</u>

| | | |
|---|---|---|
| CARL LAMONT HAWKINS, | ) | |
|     Petitioner, | ) | |
| | ) | <u>ORDER</u> |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Respondent. | ) | |

For good cause having been shown upon the Motion of the Respondent, it is hereby ORDERED that Respondent be allowed to file a response out of time and is granted an extension of time until August 24, 2012, in which to respond to Petitioner's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence filed herein.

SO ORDERED this 27 day of July, 2012.

                                                _____
                                                JULIE A. RICHARDS, CLERK
                                                United States District Court